# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KENNY J. SHILOH,

               Plaintiff,

      v.

COUNTY OF LOS ANGELES,

               Defendant.

_____

) Case No. ED CV 15-207-VAP (SP)
)
)
) **ORDER ACCEPTING FINDINGS AND**
) **RECOMMENDATION OF UNITED**
) **STATES MAGISTRATE JUDGE**
)
)
)
)
)
)

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment will be entered dismissing the First Amended Complaint and this action without leave to amend.

DATED:  August 19, 2015_

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE