JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY J. SHILOH, | ) Case No. ED CV 15-207-VAP (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| COUNTY OF LOS ANGELES, | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

Dated: August 19, 2015____

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE